UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                                          :
DR. GEORGE PIECZENIK,                      :
                                                          :
                                                          :
        Plaintiff,                                    :                    Civil Action No. 10-2230 (JAP)
                                                          :
                v.                                       :                    **ORDER**
                                                          :
ABBOTT LABORATORIES, et al.,          :
                                                          :
                                                          :
        Defendants.                               :
_____:

        Presently before the Court is a joint motion by Defendants to dismiss the Amended

Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(1).  Also before the

Court is a motion by Plaintiff seeking recusal of the undersigned.  For the reasons in the

accompanying Opinion,

        IT IS on this 23rd day of March 2011

        ORDERED that Plaintiff's motion for recusal is DENIED; and it is further

        ORDERED that Defendants' motion to dismiss is GRANTED and Plaintiff's Amended

Complaint is DISMISSED with prejudice.

                                                /s/ JOEL A. PISANO
                                                United States District Judge