# United States Court of Appeals for the Federal Circuit

2011-1385

GEORGE PIECZENIK,

Plaintiff-Appellant,

v.

BAYER CORPORATION, BAYER CROPSCIENCE (NEW JERSEY) INC.,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA CHEMICALS INC., and SCHERING BERLIN INC.,

Defendants-Appellees,

and

ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP,
AVENTIS INC., AVENTIS PHARMACEUTICALS INC.,
BOEHRINGER INGELHEIM VETMEDICA, INC.,
BOEHRINGER INGELHEIMROXANE, INC., MEDIMMUNE LLC,
NOVARTIS CORPORATION, NOVARITS PHARMACEUTICAL, CORPORATION,
NOVARTIS VACCINES AND DIAGNOSTICS, INC., SANOFI-AVENTIS U.S. INC.,
SANOFI-AVENTIS U.S. LLC, SIEMENS CORPORATION,
SIEMENS DIAGNOTICS FINANCE CO. LLC,
SIEMENS HEALTHCARE DIAGNOSTICS INC.,
and SIEMENS MEDICAL SOLUTIONS USA, INC.,

Defendants-Appellees,

and

ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC.,
and SOLVAY PHARMACEUTICALS, INC.,

Defendants-Appellees,

and

ALLERGAN USA, INC., CORNING INCORPORATED,
GILEAD SCIENCES, INC., HOWARD HUGHES MEDICAL INSTITUTE,
and QIAGEN INCORPORATED,

                                                                   Defendants-Appellees,

and

AMGEN USA, INC and AMGEN, INC.,

                                                                    Defendants-Appellees,

and

ANTYRA, INC.,

                                                                     Defendant,

and

BAXTER DIAGNOSTICS INC., MONSANTO AG PRODUCTS LLC,
MONSANTO COMPANY, ONYX PHARMACEUTICALS, INC.,
ZYMOGENETICS, INC., and ZYMOGENETICS, LLC,

                                                                    Defendants-Appellees,

and

BIOGEN IDEC INC., BIOGEN IDEC U.S. CORPORATION,
and MEDAREX, INC.

                                                                    Defendants-Appellees,

and

BRACCO DIAGNOSTICS INC.,

                                                                    Defendant-Appellee,

and

CENTOCOR ORTHO BIOTECH PRODUCTS, L.P.,
CENTOCOR ORTHO BIOTECH SERVICES, CENTOCOR ORTHO BIOTECH, INC.,
JOHNSON & JOHNSON, ORTHO-MCNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC,
ORTHO-MCNEIL PHARMACEUTICAL, INC., and ORTHO-MCNEIL, INC.,

                Defendants-Appellees,

and

DYAX CORPORATION, FOREST LABORATORIES, INC.,
GENZYME CORPORATION, GLAXOSMITHKLINE LLC,
and PERKINELMER HEALTH SCIENCES, INC.,

                Defendants-Appellees,

and

E.I. DUPONT DE NEMOURS & COMPANY,

                Defendant-Appellee,

and

GE HEALTHCARE BIOSCIENCES BIOPROCESS CORP., GE HEALTHCARE INC.,
GE HEALTHCARE STRATEGIC SOURCING CORPORATION,
and GE HEALTHCARE BIOSCIENCES CORP.,

                Defendants-Appellees,

and

INTERNATIONAL BUSINESS MACHINES CORP.,

                Defendant-Appellee,

and

INVITROGEN CORPORATION,

                Defendant-Appellee,

and

NOVO NORDISK INC.,

                Defendant-Appellee,

and

SOLVAY CHEMICALS, INC.,

Defendant-Appellee,

and

THE DOW AGROSCIENCES LLC,
THE DOW CHEMICAL COMPANY (DELAWARE),
and THE DOW CORNING CORPORATION,

Defendants-Appellees,

and

BAYER PHARMACEUTICALS CORPORATION,
DIVERSA CHEMICAL TECHNOLOGIES (NY), INC., and
JOHN DOES 1 THROUGH 61,

Defendants.

## Judgment

ON APPEAL from the   United States District Court of the District of New Jersey

in CASE NO(S).   10-CV-2230

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

### AFFIRMED

ENTERED BY ORDER OF THE COURT

DATED MAR 2 2 2012

Jan Horbaly, Clerk

ISSUED AS A MANDATE:
APR 3 0 2012

I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 4/30/12